1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB MINTER,

                    Plaintiff,

        v.

BRIGHTWATER R&B ACQUISITION
LLC, a Delaware limited liability company
doing business as R&B Machine; MARK
WILLIAMS; DAVID SOSA; DOES 1-20,
                    Defendants.

CASE NO. 2:24-cv-00670-JHC

ORDER

        The Court has reviewed Defendant Brightwater R&B Acquisition LLC's Notice of

Removal (Dkt. # 1) and concludes that it does not establish subject matter jurisdiction over this

action.  Defendant asserts that the Court's jurisdiction is based on diversity of citizenship. Dkt. #

1 at 1.  For purposes of assessing diversity jurisdiction, a court must consider the domicile of all

members of a limited liability company.  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d

894, 899 (9th Cir. 2006).  Defendant Brightwater claims that it is a limited liability company

whose sole member is another limited liability company, BrightWater Capital Investments, LLC.

Dkt. # 1 at 2.  Defendant Brightwater does not identify the members of BrightWater Capital

Investments or their domicile.  Further, Defendant Brightwater has not identified where

Defendants Mark Williams and David Sosa are domiciled.  Absent identification of the domicile

of all LLC members and the domicile of Williams and Sosa, Defendant has not established diversity jurisdiction.

Accordingly, the Court orders Defendant Brightwater to show cause why this case should not be dismissed for lack of subject matter jurisdiction.  If Defendant fails to provide the court with the information described above within seven (7) days of this order, the case will be dismissed without prejudice.

Dated this 31st day of May, 2024.

John H. Chun
United States District Judge

ORDER - 2