1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB MINTER,

          Plaintiff,

    v.

BRIGHTWATER R&B ACQUISITION, LLC, a Delaware limited liability company doing business as R&B Machine; MARK WILLIAMS; DAVID SOSA; DOES 1-20,

          Defendants.

CASE NO. 2:24-cv-00670-JHC

ORDER

      This matter comes before the Court sua sponte. Defendant Brightwater R&B Acquisition, LLC removed this case from King County Superior Court. Dkt. # 1. The Court ordered Brightwater R&B Acquisition to show cause as to why the case should not be remanded to state court for lack of subject matter jurisdiction, because the notice of removal does not state the domicile for all members of the entity. Dkt. # 7. Defendants say that Brightwater R&B Acquisition's sole owner/member is BrightWater Capital Investments, LLC. Dkt. # 8 at 2. Three members of BrightWater Capital Investments are Washington residents. *Id.* Plaintiff is also a Washington resident. Dkt. # 1 at 2. Defendants do not object if the Court remands this case due to lack of subject matter jurisdiction.

ORDER - 1

The Court concludes that it does not have subject matter jurisdiction over this case, as there is no diversity jurisdiction. See 28 U.S.C. § 1332(a)(1); *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The Court ORDERS as follows:

1. Pursuant to 28 U.S.C. § 1147(c), all further proceedings are REMANDED to the King County Superior Court of Washington State.

2. The Clerk shall send copies of this order to all counsel of record for all parties.

3. Pursuant to 28 U.S.C. § 1147(c), the Clerk shall mail a certified copy of this order to the Clerk of the Court for King County Superior Court.

4. The Clerk shall also transmit the record to the Clerk of the Court for King County Superior Court.

5. The Clerk shall CLOSE this case.

Dated this 3rd day of July, 2024.

　　　　　　　　　　　　　　　　　　*John H. Chun*
　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 2